# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**By ECF**

July 2, 2024

The Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-415

*Application granted. Defendant may travel as requested but must provide all particulars to Pretrial Services.*

SO ORDERED.

*Cathy Seibel*   7/2/24
CATHY SEIBEL, U.S.D.J.

Re:   U.S. v. George Sanossian
      24-cr-00090-CS

Dear Judge Seibel:

    I represent the defendant George Sanossian in the above-referenced matter. I write to request a temporary modification of Mr. Sanossian's bail conditions so that he may travel to Connecticut and New Jersey.

    Mr. Sanossian is currently released on bail – specifically, a $250,000 bond, co-signed by his wife. (ECF No. 4.) Among the non-monetary conditions of his bail, Mr. Sanossian is permitted to travel for any reason within the Southern and Eastern Districts of New York. (*Id.*) Mr. Sanossian has abided by all the conditions of his release.

    Mr. Sanossian requests permission to travel to (1) New Haven, Connecticut on July 11 to visit a friend, and (2) Ocean City, New Jersey from August 17-24 to stay with his family. If this request is granted, Mr. Sanossian will, in advance of his travel, provide Pre-Trial Services with the addresses to which he will be traveling and how he can be reached.

    I have conferred with the government and Pre-Trial Services regarding the foregoing request to travel and have been informed that they have no objection, based on the conditions set forth above.

The Honorable Cathy Seibel
July 2, 2024
Page 2

      I thank the Court for its consideration of this request.

                                                        Respectfully submitted,

                                                        */s/ Alan Vinegrad*

                                                        Alan Vinegrad


cc:         All counsel of record (by ECF)
             Pre-Trial Services (by email)